UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS FERNANDO MURILLO-CABEZAS,

                         Petitioner,              23 **CIVIL** 11329 (RA)

     -against-                             **JUDGMENT**

F.C.I. OTISVILLE WARDEN,

                        Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated August 2, 2024, Murillo-Cabezas's petition pursuant to 28 U.S.C. § 2241 is denied. Accordingly, the case is closed.

**DATED:** New York, New York

      August 5, 2024

                                                  **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

                               **BY:** _____

                                                  **Deputy Clerk**